**E-Filed 6/27/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUAFENG WEI,<br><br>          Plaintiff,<br><br>          v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>          Defendants. | Case Number C 06-03739 JF<br><br>ORDER[1] TO SHOW CAUSE<br><br>[re: docket no. 1] |

On June 12, 2006, Plaintiff Hafeng Wei filed a "Petition for Hearing on Naturalization Application Under 8 U.S.C. §1447 (B)" against Defendants Michael Chertoff, Secretary of the Department of Homeland Security; Emilio T. Gonzalez, Director of the United States Citizenship and Immigration Services ("CIS"); Francis D. Siciliano, Officer-in-Charge of the San Jose Sub Office of CIS; and Robert Mueller, Director of the Federal Bureau of Investigation ("FBI").

Plaintiff alleges the following. He is a lawful permanent resident of the United States. On April 8, 2005, he applied for naturalization to the United States. He was interviewed on

---

[1] This disposition is not designated for publication and may not be cited.

September 16, 2005. He has been informed that he passed the test, but that no decision can be made because the FBI name check has not yet been completed.

Plaintiff alleges that Defendants have violated 8 U.S.C. § 1447(b), which provides:

> If there is a failure to make a determination under section 1446 of this title before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

Plaintiff requests that this Court adjudicate the naturalization application or issue an order directing Defendants to adjudicate his application immediately. Plaintiff also requests reasonable attorney's fees pursuant to the Equal Access to Justice Act. Good cause therefore appearing, IT IS HEREBY ORDERED as follows:

(1) The Clerk of the Court shall serve by certified mail a copy of the petition and a copy of this Order upon counsel for Defendants, the Office of the United States Attorney. The Clerk of the Court also shall serve a copy of this Order upon Plaintiff's counsel, Justin X. Wang.

(2) Defendants shall, within sixty (60) days after receiving service of the petition, file and serve upon Plaintiff an answer, showing cause why the relief prayed for should not be granted. At the time the answer is filed, Defendants shall lodge with the Court all records relevant to a determination of the issues presented by the complaint. If Defendants contend that Plaintiff has failed to exhaust administrative remedies as to any ground for relief asserted in the complaint, Defendants shall specify what administrative remedy remains available to Plaintiff. If Defendants waive or concede the issue of exhaustion, Defendants shall so state in their answer.

(3) Plaintiff may file a response to the matters raised in the answer within thirty (30) days after receiving the answer.

(4) Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the response or upon the expiration of time to file a response.

(5) The Order Setting Initial Case Management Conference and ADR deadlines entered on June 12, 2006 in this action is hereby VACATED.

1  DATED: June 27, 2006
2
3  _____
4  JEREMY FOGEL
   United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 06-03739 JF
ORDER TO SHOW CAUSE
(JFLC1)

1  This Order has been served upon the following persons:

2  Justin X. Wang    lawbw@aol.com

3  Office of the United States Attorney
   150 Almaden Blvd., Suite 900
4  San Jose, CA 95113

4

Case No. C 06-03739 JF
ORDER TO SHOW CAUSE
(JFLC1)