\*\*E-filed /25/06\*\*

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUAFENG WEI,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALES, Director, U.S. Citizenship and Immigration Services, FRANCIS D. SICILIANO, Officer-in-Charge, San Jose Sub Office, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>       Defendants. | Case No. 06-3739 JF<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 06-3739 JF

| | | |
|---|---|---|
| 1 | Date: July 14, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

                                /s/
                           ILA C. DEISS
                           Assistant United States Attorney
                           Attorneys for Defendants

Date: July 14, 2006                 /s/
                           JUSTIN X. WANG
                           Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  7/24/06

                           JEREMY FOGEL
                           United States District Judge